IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

LATRIVIA EVETTE HARRIS                                          PLAINTIFF

v.                      Civil No. 06-2022

SEBASTIAN COUNTY JAIL, et al.                                  DEFENDANTS

## O R D E R

Now on this 21st day of September, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 18). Plaintiff's **Motion for Extension of Time to File Objections (Doc. 19)** is **GRANTED** and plaintiff's **Objections to the Magistrate Judge's Report and Recommendation** (Doc. 20) will be deemed timely filed.

The Court has reviewed this case *de novo* and, being well and sufficiently advised, finds that the plaintiff's objections offer neither law nor fact requiring departure from the Report and Recommendation and the same should be, and it hereby is, adopted *in toto*.

**IT IS THEREFORE ORDERED** that **Defendants' Motion to Dismiss (Doc. 14)** the Sebastian County Jail as a defendant is **GRANTED** and this defendant is **DISMISSED**.

**IT IS SO ORDERED.**

                                          **/s/Jimm Larry Hendren**
                                          **HON. JIMM LARRY HENDREN**
                                          **UNITED STATES DISTRICT JUDGE**