```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FORT SMITH DIVISION
```

LATRIVIA EVETTE HARRIS                                        PLAINTIFF

v.                       Civil No. 06-2022

SEBASTIAN COUNTY JAIL, et al.                                DEFENDANTS

### O R D E R

Now on this 30th day of August, 2007, comes on for consideration the **Magistrate Judge's Report and Recommendation (Doc. 29)** and the defendants' **Objections (Doc. 30)** thereto. The Court, being well and sufficiently advised, finds and orders as follows:

1. In a Report and Recommendation issued on August 3, 2007, Magistrate Judge James R. Marschewski recommended granting defendants' Motion for Summary Judgment (Doc. 23) in part and denying it in part. Specifically, the Magistrate Judge recommended denying defendants' motion for summary judgment with regard to plaintiff's claim that her constitutional rights were violated when she was locked-down in an administrative segregation cell, where the walls were covered with "fecal matter, pee and food" and she was denied cleaning materials.

2. In their objections to the Report and Recommendation, the defendants argue that they are entitled to summary judgment on this claim, as plaintiff did not allege that she suffered an actual physical injury, as required by 42 U.S.C. § 1997e(e).

3.  § 1997e(e) is "merely a limitation on damages" and, even absent a physical injury, plaintiff could, "at a minimum ... recover nominal damages" if she were to succeed on her conditions of confinement claim. See Munn. v. Toney, 433 F.3d 1087, 1089 (8th Cir. 2006); Royal v. Kautzky, 375 F.3d 720, 722-23 (8th Cir. 2004).

Accordingly, the Court, having reviewed this case *de novo*, finds that the defendants' objections offer neither law nor fact requiring departure from the Report and Recommendation and the same should be, and it hereby is, adopted *in toto*.

**IT IS THEREFORE ORDERED** that **Defendants' Motion for Summary Judgment (Doc. 23) is DENIED** with regard to plaintiff's claim concerning her conditions of confinement in administrative segregation. **Defendants' Motion for Summary Judgment (Doc. 23) is GRANTED** with regard to plaintiff's remaining claims.

**IT IS SO ORDERED.**

                                                     **/s/Jimm Larry Hendren**
                                                     **HON. JIMM LARRY HENDREN**
                                                     **UNITED STATES DISTRICT JUDGE**