**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION**

**LATRIVIA EVETTE HARRIS**　　　　　　　　　　　　　　　　**PLAINTIFF**

**v.**　　　　　　　　　　　　**Civil No. 06-2022**

**SGT. CROUCH; DEPUTY
PATE; and DEPUTY HALSEY**　　　　　　　　　　　　**DEFENDANTS**

### O R D E R

Now on this 25th day of October, 2007, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #32, filed September 24, 2007), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, plaintiff's complaint is hereby **dismissed.**

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　**/s/Jimm Larry Hendren
　　　　　　　　　　　　　　　　　　　HON. JIMM LARRY HENDREN
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE**